1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

10

**EASTERN DISTRICT OF CALIFORNIA**

11

12 | JLG ENTERPRISES, INC., a California corporation,

Case No.  1:10-CV-02138-AWI-SKO

13 |                         Plaintiff,

**ORDER AUTHORIZING SALE OF LIVESTOCK**

14

15 |    vs.

16 | EXCALIBUR SIRES, INC., a Minnesota corporation, and DOES 1 through 25, inclusive,

17 |                         Defendants.

18 | EXCALIBUR SIRES, INC.,

19 |                         Counter-claimant,

20 |    vs.

21 | JLG ENTERPRISES, INC.,

22 |                         Counter-defendant.

23

24         Plaintiff/Counter-Defendant JLG Enterprises, Inc.'s ("Plaintiff") Application for an Order

25 Authorizing the Sale of Livestock prior to judgment and pursuant to the California Livestock Service

26 Lien statutes, Cal. Civ. Code §§ 3080 to 3080.22 ("Application"), came on regularly for hearing on

27 January 26, 2011, before the Honorable Sheila K. Oberto, Magistrate Judge for the United States

28 District Court, Eastern District of California.  Eric J. Sousa of the law firm of Damrell, Nelson,

1

Schrimp, Pallios, Pacher & Silva appeared on behalf of Plaintiff.  Gregory Myers appeared on behalf of

Defendant/Counter-Claimant Excalibur Sires, Inc.

As set forth in the Court's order of March 22, 2011 (Doc. 49), THE COURT FINDS as follows:

1.     The claim upon which Plaintiff's action is based is a claim giving rise to a lien upon

which an order authorizing sale may be issued under California Civil Code §§ 3080 to 3080.22;

2.     Plaintiff has established the probable validity of the claim upon which the action is based;

3.     Plaintiff has established the probable validity of the lien sought to be enforced by the sale;

4.     The sale is in the interest of equity and is necessary to prevent a possible decline in the

value or condition of the livestock;

5.     The sale is not sought for a purpose other than the recovery on the claim upon which the

lien is based; and

6.     The sale, if conducted in the manner set forth in the Application, would be conducted in a

commercially reasonable manner.

IT IS HEREBY ORDERED that Plaintiff is authorized to sell the livestock as follows:

1.     The livestock to be sold is as follows:

| No. | Bull Name | Bull No. | Registration No. |
|-----|-----------|----------|------------------|
| 1. | Lesperron Big Daddy | 204H2037 | M100754243 |
| 2. | Our-Favorite Shyster-ET | 204H2048 | 134779441 |
| 3. | Eskdale Momentous-ET | 204H2068 | 136707781 |
| 4. | Mr. KY-Blue Roy Casino-ET | 204H2078 | 137629147 |
| 5. | Regencrestdl S Ryker-ET | 204H2079 | 61898421 |
| 6. | Regancrest S Mystical-ET | 204H2083 | 62496490 |
| 7. | Regancrest Shottle Myrik-ET | 204H2084 | 62496435 |
| 8. | E-Evans-A Allen Rascal-ET | 204H2090 | 62613542 |
| 9. | Budjon-JK Evangelos | 204H2091 | 137533420 |
| 10. | Canyon-Breeze G Auston-ET | 204H2093 | 62897572 |
| 11. | Canyon-Breeze G Allied-ET | 204H2094 | 62897571 |
| 12. | Canyon-Breeze Storm Ames-ET | 204H2095 | 62897570 |
| 13. | Canyon-Breeze Goldwyn Ash | 204H2096 | 62897569 |
| 14. | Canyon-Breeze Storm Arch-ET | 204H2097 | 62897568 |
| 15. | Canyon-Breeze Eliminator-ET | 204H2098 | 62897573 |
| 16. | Canyon-Breeze Marsh Astonic | 204H2099 | 62897564 |
| 17. | Eskdale Hotshot-ET | 204H2101 | 138272021 |
| 18. | Budjon-JK Stormtc Element-ET | 204H2102 | 137902095 |

2

| 19. | Budjon-JK Stormatic Eon-ET | 204H2103 | 138263052 |
|---|---|---|---|
| 20. | Henkeseen Exotic-ET | 204H2106 | 63445826 |
| 21. | Henkeseen Expression-ET | 204H2107 | 63445831 |
| 22. | Regancrest PR Bloker-ET | 204H2109 | 62744760 |
| 23. | Regancrest Mac Bence-ET | 204H2110 | 62744695 |
| 24. | Regancrest Mac Benat-ET | 204H2111 | 62744687 |
| 25. | Bonaccueil Duplicate | 204H2112 | 103862758 |
| 26. | Ralma Mac Granite-ET | 204H2113 | 53451987 |
| 27. | Hnkes-Wessel Emmitt-TW | 204H2114 | 63445910 |
| 28. | Hnkes-Wessel Enforce-TW | 204H2115 | 63445911 |
| 29. | Mr. Golfing America-ET | 204H2116 | 139245811 |
| 30. | Sonnek Damion Archmedes-ET | 204H2118 | 139072848 |

2.    The sale shall be conducted in the following manner:

    a.    Date:    June 8, 2011

    b.    Time:    10:00 a.m.

    c.    Place:    11116 Sierra Road, Oakdale, CA 95361

3.    Notice of the sale shall be provided in accordance with California Civil Code §3080.17(a) to the following individuals/entities at least thirty (30) days prior to the sale:

    a.    Excalibur Sires, 1815 Summit Drive NE, Rochester, Minnesota, 55906 and 1202 ½ 7th Street NW, Suite 211, Rochester, Minnesota, 55901;

    b.    Lesperron Holsteins, Route 108, Bury Quebec, JOB 1BO, Canada;

    c.    Steven Gillens, P.O. Box 126, Minersville, Utah, 84752;

    d.    Gale Hoese, dba Hoese Investment Group, 12058 County Road 2, Glencoe, Minnesota, 55336; and

    e.    Kevin Jimerson and Kick-It-Up Holsteins, c/o Jeff and Lisa Gibson, 4486 Jackson Road, Eminence, Kentucky, 40019;

4.    A copy of the Court's March 22, 2011, order shall accompany the notice provided to the individuals named above;

5.    Certificates of service of the notice to the individuals named above shall be promptly filed with the Court when service of the notice is completed;

6.    Notice of the sale shall also be provided in accordance with California Civil Code §3080.17(b) to the public at least five (5) days before the date of sale by publication once in a

3

ORDER AUTHORIZING SALE OF LIVESTOCK

newspaper of general circulation published in the county in which the sale is to be held.  If there is no such newspaper, notice shall be given by posting, for five days prior to sale, a notice of sale where the sale is to be conducted; and

7.      Plaintiff is directed to deposit the proceeds of the sale with the Clerk of the Court to be placed in an interest-bearing account as specified in California Civil Code § 3080.16(b) until further order of the Court.  Any check delivered to the Clerk of the Court should be made payable to the "United States District Court."

IT IS SO ORDERED.

Dated:   **March 31, 2011**                          **_____/s/ Sheila K. Oberto_**
                                                    UNITED STATES MAGISTRATE JUDGE

---

4

**ORDER AUTHORIZING SALE OF LIVESTOCK**