# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

```
JLG ENTERPRISES, Inc.,
A California corporation,

          Plaintiff,
                                    JUDGMENT IN A CIVIL ACTION
vs.
                                    1:10-cv-02138-AWI-SKO

EXCALIBUR SIRES, INC.,
A Minnesota corporation

          Defendant.
_____/
```

Default Judgment is entered in this action against Excalibur and in favor of JLG as follows:

Monetary damages in the amount of $160,964.51; Interest at 10% in the amount of $18,301.50; Costs associated with the Court approved sale of livestock in the amount of $3,814.06; and additional costs in the amount of $657.15; The proceeds of the livestock sale currently deposited with the Clerk of the Court in the amount of $30,725.00 (plus any interest) shall be released to JLG and deducted from the amount of the final judgment.


DATED: December 21, 2011                    VICTORIA C. MINOR, Clerk


                                            /s/ RENEE GAUMNITZ
                                        By: Renee Gaumnitz,
                                            Deputy Clerk